# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MENDEZ BHAKTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>US BANK NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVICING, INC., THE WOLF FIRM, BANK OF AMERICA NA, NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　Defendants. | Case No.<br>EDCV 14-2262 JGB (KKx)<br><br>**JUDGMENT DISMISSING COMPLAINT WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Order filed herewith, the Court DISMISSES the Complaint WITHOUT PREJUDICE. The Court orders that such judgment shall be entered. The Clerk is directed to close the case.

Dated: May 27, 2015

　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge